

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Rosanne M. Barker, Appellant

No. 06-22-00076-CV        v.

Sam Houston State University, Appellee

Appeal from the 278th District Court of Walker County, Texas (Tr. Ct. No. 1929437). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Rosanne M. Barker, pay all costs incurred by reason of this appeal.

RENDERED JUNE 22, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk